IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CR-43-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAQUAN TERRELL HILL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court on November 16, 2016, with regard to Defendant's liberty status pending sentencing. At Defendant's arraignment, following his plea of guilty to an offense arising under 18 U.S.C. § 922(g)(1), the parties addressed the issue of detention pursuant to the provisions of 18 U.S.C. § 3143(a). Defendant's counsel indicated Defendant's intention to waive detention and submit voluntarily to federal custody pending sentencing in this matter. The court conducted a colloquy with Defendant and is satisfied Defendant has waived his right to a detention hearing knowingly and voluntarily as required.

Accordingly, Defendant is therefore COMMITTED to the custody of the Attorney General for confinement in a corrections facility awaiting sentencing. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the government, Defendant shall be delivered to a United States Marshals for the purpose of an appearance in connection with a court proceeding.

So ordered, the 17th day of November 2016.

Robert B. Jones, Jr.
United States Magistrate Judge

New Bern, North Carolina